ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 421-3403
Fax:  (408) 286-6619

Attorneys for Plaintiffs
Julian Briseno & David Salvador Velazquez

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERARDO M.CELESTINO, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10<br><br>Defendants | Case No.: C08-0994 JW<br><br>JURY DEMAND |

Plaintiffs demand a trial by jury for causes of action alleged in their Complaint.

Dated:  February 16, 2008            By:    /s/ ADAM WANG           .
                                             Attorney for Plaintiffs

1            Case No.

**JURY DEMAND**
Briseno, et al vs. Saratoga Pizza Corporation,  et al