**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    ROBERTO CELESTINO, ET AL.,              No. C 08-00994 JW
8              Plaintiff(s),
                                             CLERK'S NOTICE CONTINUING CASE
9        v.                                  MANAGEMENT CONFERENCE
10   THE WILDCAT VINEYARDS LLC., ET
     AL.,
11
               Defendant(s).
12
     _____/
13
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15
16   YOU ARE NOTIFIED THAT the Initial Case Management Conference before Judge James Ware
17   previously noticed for August 18, 2008 at 10:00 AM has been reset to **August 25, 2008 at 10:00**
18   **AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Initial ADR Scheduling
19   Deadlines are continued accordingly.
20   Dated: February 20, 2008
                                             FOR THE COURT,
21                                           Richard W. Wieking, Clerk
22
23                                           by: _____/s/_____
24                                                 Elizabeth Garcia
                                                   Courtroom Deputy
25
26
27
28