SUSAN K. JAMISON (State Bar No. 131867)
KATHERINE C. ZARATE (State Bar No. 214922)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-skj@cpdb.com,
         ef-kcz@cpdb.com

Attorneys for Defendants
The Wildcat Vineyards LLC dba
Sarah's Vineyard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERALDO M. CELESTINO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10,<br><br>Defendants. | Case No. C 08 00994<br><br>CLASS ACTION<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT** |

**WHEREAS** plaintiffs ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO and GERALDO M. CELESTINO, on behalf of themselves and on behalf of others similarly situated ("plaintiffs"), filed the class action complaint in this matter on or about February 19, 2008;

**WHEREAS** defendant THE WILDCAT VINEYARDS LLC dba SARAH'S VINEYARD ("defendant") received a copy of the complaint on or about March 14, 2008; and

**WHEREAS** Local Rule 6-1(a) of the United District Court for the Northern District of California Local Rules provides that:

> Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or

lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil L.R. 5.

**NOW, THEREFORE,** plaintiffs and defendant agree as follows defendant shall have until **April 17, 2008**, to respond to the Class Action Complaint.

DATED: 4/2/08, 2008           LAW OFFICE OF ADAM WANG

By: _____
Adam Wang
Attorneys for Plaintiffs
Roberto Celestino, Geraldo Pacheco, Jose Montejano and Geraldo M. Celestino

DATED: March 31, 2008         COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Katherine C. Zarate
Attorneys for Defendants
The Wildcat Vineyards LLC dba
Sarah's Vineyard

12849.002.834153v1                    2                          Case No. C 08 00994

**STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT**