1  SUSAN K. JAMISON (State Bar No. 131867)
   KATHERINE C. ZARATE (State Bar No. 214922)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-skj@cpdb.com,
5          ef-kcz@cpdb.com

6  Attorneys for Defendants
   The Wildcat Vineyards LLC dba
7  Sarah's Vineyard

**GRANTED**

*James Ware*

Judge James Ware

4/4/2008

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11  ROBERTO CELESTINO, GERALDO          Case No. C 08 00994
    PACHECO, JOSE MONTEJANO AND
    GERALDO M. CELESTINO, individually and   CLASS ACTION
12  on behalf of others similarly situated,
                                           **STIPULATION EXTENDING TIME FOR**
13              Plaintiffs,                 **DEFENDANT'S RESPONSE TO**
                                           **PLAINTIFFS' CLASS ACTION**
14         v.                              **COMPLAINT**

15  THE WILDCAT VINEYARDS LLC DBA
    SARAH'S VINEYARD, AND DOES 1 TO
16  10,

17              Defendants.

18

19      **WHEREAS** plaintiffs ROBERTO CELESTINO, GERALDO PACHECO, JOSE

20  MONTEJANO and GERALDO M. CELESTINO, on behalf of themselves and on behalf of others

21  similarly situated ("plaintiffs"), filed the class action complaint in this matter on or about February

22  19, 2008;

23      **WHEREAS** defendant THE WILDCAT VINEYARDS LLC dba SARAH'S VINEYARD

24  ("defendant") received a copy of the complaint on or about March 14, 2008; and

25      **WHEREAS** Local Rule 6-1(a) of the United District Court for the Northern District of

26  California Local Rules provides that:

27          Parties may stipulate in writing, without a Court order, to extend the
            time within which to answer or otherwise respond to the complaint,
28          or to enlarge or shorten the time in matters not required to be filed or

12849.002.834153v1                          1                     Case No. C 08 00994

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1    lodged with the Court, provided the change will not alter the date of
     any event or any deadline already fixed by Court order.  Such
2    stipulations shall be promptly filed pursuant to Civil L.R. 5.

3    **NOW, THEREFORE,** plaintiffs and defendant agree as follows defendant shall have until

4    **April 17, 2008**, to respond to the Class Action Complaint.

5

6    DATED: 4/7/08 , 2008           LAW OFFICE OF ADAM WANG

7

8                                    By: _____
9                                        Adam Wang
                                         Attorneys for Plaintiffs
                                         Roberto Celestino, Geraldo Pacheco, Jose
10                                       Montejano and Geraldo M. Celestino

11   DATED: March 31 , 2008         COBLENTZ, PATCH, DUFFY & BASS LLP

12

13                                   By: _____
                                         Katherine C. Zarate
14                                       Attorneys for Defendants
                                         The Wildcat Vineyards LLC dba
15                                       Sarah's Vineyard

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT**