1  SUSAN K. JAMISON (State Bar No. 131867)
   KATHERINE C. ZARATE (State Bar No. 214922)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:  ef-skj@cpdb.com,
5          ef-kcz@cpdb.com

6  Attorneys for Defendants
   The Wildcat Vineyards LLC dba
7  Sarah's Vineyard

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   ROBERTO CELESTINO, GERALDO          Case No. C 08 00994
11 PACHECO, JOSE MONTEJANO AND
   GERALDO M. CELESTINO, individually and   CLASS ACTION
12 on behalf of others similarly situated,
                                        STIPULATION EXTENDING TIME FOR
13            Plaintiffs,               DEFENDANT'S RESPONSE TO
                                        PLAINTIFFS' CLASS ACTION
14       v.                             COMPLAINT

15 THE WILDCAT VINEYARDS LLC DBA
   SARAH'S VINEYARD, AND DOES 1 TO
16 10,

17            Defendants.

18

19      **WHEREAS** plaintiffs ROBERTO CELESTINO, GERALDO PACHECO, JOSE

20 MONTEJANO and GERALDO M. CELESTINO, on behalf of themselves and on behalf of others

21 similarly situated ("plaintiffs"), filed the class action complaint in this matter on or about February

22 19, 2008;

23      **WHEREAS** defendant THE WILDCAT VINEYARDS LLC dba SARAH'S VINEYARD

24 ("defendant") received a copy of the complaint on or about March 14, 2008;

25      **WHEREAS** plaintiffs and defendant previously entered into a signed stipulation extending

26 defendant's time to respond to plaintiffs' class action complaint from April 3, 2008 to April 17,

27 2008;

28      **WHEREAS** plaintiffs and defendant have commenced settlement discussions and are

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  interested in actively continuing settlement discussions;

2         **WHEREAS** Local Rule 6-1(a) of the United District Court for the Northern District of

3  California Local Rules provides that:

4         Parties may stipulate in writing, without a Court order, to extend the
       time within which to answer or otherwise respond to the complaint,
5       or to enlarge or shorten the time in matters not required to be filed or
       lodged with the Court, provided the change will not alter the date of
6       any event or any deadline already fixed by Court order.  Such
       stipulations shall be promptly filed pursuant to Civil L.R. 5.

7         **NOW, THEREFORE,** plaintiffs and defendant agree that defendant's time to respond to

8  the class action complaint shall be extended from April 17, 2008 to **May 16, 2008.**

9

10  DATED: _____4/10/08_____, 2008          LAW OFFICE OF ADAM WANG

11

12                                          By: _____

13                                              Adam Wang
                                             Attorneys for Plaintiffs
14                                           Roberto Celestino, Geraldo Pacheco, Jose
                                             Montejano and Geraldo M. Celestino
15  DATED: _____4/11/08_____, 2008

16                                          COBLENTZ, PATCH, DUFFY & BASS LLP

17                                          By: _____

18                                              Katherine C. Zarate
                                             Attorneys for Defendants
19                                           The Wildcat Vineyards LLC dba
                                             Sarah's Vineyard
20

21

22

23

24

25

26

27

28

**STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT**

*COBLENTZ, PATCH, DUFFY & BASS LLP*
*ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213*
*415.391.4800 · FAX 415.989.1663*