

IT IS SO ORDERED AS MODIFIED

Judge James Ware

4/18/2008

1  SUSAN K. JAMISON (State Bar No. 131867)
   KATHERINE C. ZARATE (State Bar No. 214922)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:   ef-skj@cpdb.com,
5           ef-kcz@cpdb.com

6  Attorneys for Defendants
   The Wildcat Vineyards LLC dba
7  Sarah's Vineyard

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERALDO M. CELESTINO, individually and on behalf of others similarly situated,<br><br>13          Plaintiffs,<br><br>14     v.<br><br>15  THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10,<br><br>17          Defendants. | Case No. C 08 00994<br><br>CLASS ACTION<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT** |

18

19      **WHEREAS** plaintiffs ROBERTO CELESTINO, GERALDO PACHECO, JOSE

20  MONTEJANO and GERALDO M. CELESTINO, on behalf of themselves and on behalf of others

21  similarly situated ("plaintiffs"), filed the class action complaint in this matter on or about February

22  19, 2008;

23      **WHEREAS** defendant THE WILDCAT VINEYARDS LLC dba SARAH'S VINEYARD

24  ("defendant") received a copy of the complaint on or about March 14, 2008;

25      **WHEREAS** plaintiffs and defendant previously entered into a signed stipulation extending

26  defendant's time to respond to plaintiffs' class action complaint from April 3, 2008 to April 17,

27  2008;

28      **WHEREAS** plaintiffs and defendant have commenced settlement discussions and are

1 interested in actively continuing settlement discussions;

2      **WHEREAS** Local Rule 6-1(a) of the United District Court for the Northern District of
3 California Local Rules provides that:

> Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil L.R. 5.

7      **NOW, THEREFORE**, plaintiffs and defendant agree that defendant's time to respond to
8 the class action complaint shall be extended from April 17, 2008 to **May 16, 2008**.

10 DATED: 4/10/08, 2008          LAW OFFICE OF ADAM WANG

13                               By: _____
                                 Adam Wang
14                               Attorneys for Plaintiffs
                                 Roberto Celestino, Geraldo Pacheco, Jose
15                               Montejano and Geraldo M. Celestino

16 DATED: 4/11/08, 2008          COBLENTZ, PATCH, DUFFY & BASS LLP

18                               By: _____
                                 Katherine C. Zarate
19                               Attorneys for Defendants
                                 The Wildcat Vineyards LLC dba
20                               Sarah's Vineyard

22 ***ORDER***
   This is the parties' **FINAL** continuance to extend time to respond to the class action complaint.
23 The Defendants shall file a response to the class action complaint or or before **May 16, 2008**
   OR the parties may file a Joint Status Report by **May 16, 2008** informing the Court of the
24 ongoing settlement discussions and the time frame needed to resolve this matter in a timely
   fashion.

26
27 Dated: April 18, 2008         _____
                                 United States District Court

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 . FAX 415.989.1663

12849.002.846630v1                    2                      Case No. C 08 00994
STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE
TO PLAINTIFFS' CLASS ACTION COMPLAINT