SUSAN K. JAMISON (State Bar No. 131867)
KATHERINE C. ZARATE (State Bar No. 214922)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-skj@cpdb.com,
             ef-kcz@cpdb.com

Attorneys for Defendants
The Wildcat Vineyards LLC dba
Sarah's Vineyard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERALDO M. CELESTINO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10,<br><br>Defendants. | Case No. C 08 00994<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The parties jointly submit the following Joint Status Report:

### A.    Ongoing Settlement Negotiations

In this class action lawsuit, plaintiffs Roberto Celestino, Geraldo Pacheco, Jose Montejano and Geraldo M. Celestino ("plaintiffs") assert that defendant The Wildcat Vineyards LLC, dba Sarah's Vineyard ("defendant") owe them, and similarly situated employees, unpaid overtime wages and associated penalties.

Ever since defendant received plaintiffs' complaint, defendant has been diligently investigating plaintiffs' claims, reviewing its time and payroll records, and sharing with plaintiffs

1  such information in a good faith attempt to resolve the parties' dispute amicably and without
2  incurring unnecessary litigation costs. The process of evaluating and negotiating a potential
3  settlement, however, has taken a considerable amount of time, and the parties jointly request that
4  the Court allow additional time for defendant to respond to plaintiffs' complaint in the event the
5  parties cannot informally resolve the matter.

### B. Time Frame Necessary to Resolve Matter

7  Defendant intends to continue informally producing documents containing wage and hour
8  information to plaintiffs, but needs until the end of May to find, review, and produce relevant
9  records, and to sort relevant, non-privileged information from confidential information about
10 employees that are not involved, or likely to be involved, in this lawsuit. Plaintiffs, in turn, will
11 also need additional time to review and analyze documents provided by defendant. The parties
12 anticipate that settlement negotiations will likely continue through the end of June.

### C. Request to Extend Time for Defendant to Respond to Plaintiffs' Complaint to July 11, 2008

15 The parties jointly request that the Court extend defendant's time to respond to plaintiffs'
16 complaint to July 11, 2008 so that defendant can focus on providing plaintiffs with relevant, non-
17 privileged documents at this pre-discovery stage in furtherance of the parties' good faith settlement
18 negotiations. Extending defendant's time to respond to plaintiffs' complaint July 11, 2008 will not
19 impose any extra burden on the Court, because the initial case management conference is not
20 scheduled to take place until August 18, 2008, and will save each party unnecessary litigation
21 expense.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**STIPULATED AND AGREED.**

DATED: May 15, 2008                    LAW OFFICE OF ADAM WANG


                                       By: /s/ Adam Wang
                                           Adam Wang
                                           Attorneys for Plaintiffs
                                           Roberto Celestino, Geraldo Pacheco, Jose
                                           Montejano And Geraldo M. Celestino

DATED: May 12, 2008                    COBLENTZ, PATCH, DUFFY & BASS LLP


                                       By: /s/ Katherine C. Zarate
                                           Katherine C. Zarate
                                           Attorneys for Defendants
                                           The Wildcat Vineyards LLC dba
                                           Sarah's Vineyard

**SO ORDERED.**

DATED: _____, 2008


                                       _____
                                       JUDGE OF THE SUPERIOR COURT

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663