1  SUSAN K. JAMISON (State Bar No. 131867)
   KATHERINE C. ZARATE (State Bar No. 214922)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:    ef-skj@cpdb.com,
5             ef-kcz@cpdb.com

6  Attorneys for Defendants
   The Wildcat Vineyards LLC dba
7  Sarah's Vineyard

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware
5/21/2008

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

12  ROBERTO CELESTINO, GERALDO
    PACHECO, JOSE MONTEJANO AND
13  GERALDO M. CELESTINO, individually and
    on behalf of others similarly situated,

14             Plaintiffs,

15        v.

16  THE WILDCAT VINEYARDS LLC DBA
    SARAH'S VINEYARD, AND DOES 1 TO
17  10,

18             Defendants.

19

Case No. C 08 00994 **JW**

CLASS ACTION

**JOINT STATUS REPORT AND
[PROPOSED] ORDER EXTENDING
DEFENDANT'S TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

20  The parties jointly submit the following Joint Status Report:

21

22        A.    **Ongoing Settlement Negotiations**

23        In this class action lawsuit, plaintiffs Roberto Celestino, Geraldo Pacheco, Jose Montejano

    and Geraldo M. Celestino ("plaintiffs") assert that defendant The Wildcat Vineyards LLC, dba

24  Sarah's Vineyard ("defendant") owe them, and similarly situated employees, unpaid overtime

25  wages and associated penalties.

26        Ever since defendant received plaintiffs' complaint, defendant has been diligently

27  investigating plaintiffs' claims, reviewing its time and payroll records, and sharing with plaintiffs

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

1    such information in a good faith attempt to resolve the parties' dispute amicably and without

2    incurring unnecessary litigation costs.  The process of evaluating and negotiating a potential

3    settlement, however, has taken a considerable amount of time, and the parties jointly request that

4    the Court allow additional time for defendant to respond to plaintiffs' complaint in the event the

5    parties cannot informally resolve the matter.

6    **B.    Time Frame Necessary to Resolve Matter**

7    Defendant intends to continue informally producing documents containing wage and hour

8    information to plaintiffs, but needs until the end of May to find, review, and produce relevant

9    records, and to sort relevant, non-privileged information from confidential information about

10    employees that are not involved, or likely to be involved, in this lawsuit.  Plaintiffs, in turn, will

11    also need additional time to review and analyze documents provided by defendant.  The parties

12    anticipate that settlement negotiations will likely continue through the end of June.

13    **C.    Request to Extend Time for Defendant to Respond to Plaintiffs' Complaint to**

14    **July 11, 2008**

15    The parties jointly request that the Court extend defendant's time to respond to plaintiffs'

16    complaint to July 11, 2008 so that defendant can focus on providing plaintiffs with relevant, non-

17    privileged documents at this pre-discovery stage in furtherance of the parties' good faith settlement

18    negotiations.  Extending defendant's time to respond to plaintiffs' complaint July 11, 2008 will not

19    impose any extra burden on the Court, because the initial case management conference is not

20    scheduled to take place until August 18, 2008, and will save each party unnecessary litigation

21    expense.

22    //

23    //

24    //

25    //

26    //

27    //

28    //

ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663
COBLENTZ, PATCH, DUFFY & BASS LLP

**STIPULATED AND AGREED.**

DATED: May 15, 2008                LAW OFFICE OF ADAM WANG

By:  /s/ Adam Wang
     Adam Wang
     Attorneys for Plaintiffs
     Roberto Celestino, Geraldo Pacheco, Jose
     Montejano And Geraldo M. Celestino

DATED: May 12, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ Katherine C. Zarate
     Katherine C. Zarate
     Attorneys for Defendants
     The Wildcat Vineyards LLC dba
     Sarah's Vineyard

**SO ORDERED** AS MODIFIED BY THE COURT:
Deadline to answer complaint due **July 11, 2008.**  Case Management Conference set for
**August 25, 2008 at 10:00 AM.**  Joint Case Management Statement due **August 15, 2008.**

DATED: May 21, 2008

JUDGE OF THE  UNITED STATES DISTRICT COURT

12849.002.870426v2                        3                        Case No. C 08 00994

**JOINT STATUS REPORT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663