ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERARDO M.CELESTINO, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10<br><br>Defendants | Case No.: C08-0994 JW<br><br>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |

Pursuant to Civil Local Rule 6-3, Plaintiff counsel hereby moves the Court to continue the Initial Case Management Conference currently scheduled on August 18, 2008, to September 1, 2008 as follows:

1.  Plaintiffs filed this case on February 19, 2008. The Initial Case Management Conference is scheduled on August 18, 2008.

2.  Since the service of the process on Defendants, parries have conducted informally exchange of documents in efforts of exploring a settlement. So far, both parties have performed audit as to the number of hours worked by each respective Plaintiff based on the records maintained by the Defendants, which have provided a basis for parties to negotiate a

1  settlement.  The settlement progress has been halted due to the primary Plaintiff Mr. Celestino's recent trip to Mexico.

3.  During the last week, parties have tried to connect each other for the purpose of meeting and conferring on the Joint Case Management Statement, but were unable to because the Defendants' counsel have been unavailable for the large part of the week and this week as they have been in a trial for several weeks now.

4.  As such, Plaintiffs respectfully request that the Court continue the Initial Case Management Conference to September 1, 2008, to (i) allow parties sufficient time to continue exploring the settlement now that the Mr. Celestino has returned; and (ii) accommodate Plaintiff's counsel conflict in schedule on following Monday August 25, 2008.

I, the undersigned, declare under the penalty of perjury under the laws of the United States the foregoing is true and accurate.

Dated:  August 13, 2008        By:   /s/ ADAM WANG        .
                                     Attorney for Plaintiffs

_____
[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to _____, 2008.

IT IS SO ORDERED.

Dated:  _____, 2008           By:  _____
                                     James Ware
                                     United States District Judge

**PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Celestino v. The Wildcat Vineyards LLC**

2                                    Case No C08-994 JW