SUSAN K. JAMISON (State Bar No. 131867)
KATHERINE C. ZARATE (State Bar No. 214922)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-skj@cpdb.com,
            ef-kcz@cpdb.com

Attorneys for Defendant
The Wildcat Vineyards LLC dba
Sarah's Vineyard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERALDO M. CELESTINO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10,<br><br>Defendants. | Case No. C 08 00994 JW<br><br>CLASS ACTION<br><br>**DEFENDANT'S STATEMENT OF NONOPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Defendant The Wildcat Vineyards LLC, dba Sarah's Vineyard ("defendant") hereby states that it does not oppose the motion to continue the initial case management conference of plaintiffs Roberto Celestino, Geraldo Pacheco, Jose Montejano and Geraldo M. Celestino ("plaintiffs"), which was filed on August 13, 2008.

Defendant understands, however, that the date of the initial case management conference is currently set for August 25, 2008 (not August 18, 2008) and that plaintiffs have requested to continue the initial case management conference to September 1, 2008, which falls on a court holiday. Defendant would not be opposed to a rescheduled case management conference for the following Monday, September 8, 2008.

DATED: August 15, 2008                    COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ Katherine C. Zarate
    Katherine C. Zarate
    Attorneys for Defendant
    The Wildcat Vineyards LLC dba
    Sarah's Vineyard

12849.002.937154v1                    2                    Case No. C 08 00994 JW

**DEFENDANT'S STATEMENT OF NONOPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**