1  SUSAN K. JAMISON (State Bar No. 131867)
   KATHERINE C. ZARATE (State Bar No. 214922)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email: ef-skj@cpdb.com,
5         ef-kcz@cpdb.com

6  Attorneys for Defendants
   The Wildcat Vineyards LLC dba
7  Sarah's Vineyard

8

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERTO CELESTINO, GERALDO PACHECO, JOSE MONTEJANO AND GERALDO M. CELESTINO, individually and on behalf of others similarly situated, | Case No. C 08 00994 |
|---|---|
| Plaintiffs, | CLASS ACTION |
| v. | [PROPOSED] AMENDED SCHEDULING ORDER |
| THE WILDCAT VINEYARDS LLC DBA SARAH'S VINEYARD, AND DOES 1 TO 10, | |
| Defendants. | |

Presently before the Court is the parties' Stipulation to modified its September 11, 2008 Scheduling Order. The Court finds good cause to grant the parties a brief extension in light of their good faith settlement efforts. However, since the parties have had over eight months of discovery, the Court grants only a 60 day extension. The Court will not entertain further requests for discovery extension.

## CASE SCHEDULE

| | |
|---|---|
| Close of All Discovery | **September 25, 2009** |
| Last Date for Hearing Dispositive Motions *(60 days after the Close of All Discovery)* | **October 26, 2009** |
| Preliminary Pretrial Conference *(30 days before the Close of Discovery)* | **August 31, 2009** |
| Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | **August 21, 2009** |
| Disclosure of Expert Witnesses | August 17, 2009 |
| Disclosure of Rebuttal Expert Witnesses | August 31, 2009 |

**IT IS SO ORDERED.**

DATED: May 21, 2009

*/s/ James Ware*
UNITED STATES DISTRICT JUDGE